## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BOOST WORLDWIDE, INC.,

      Plaintiff,

v.                                                          Case No. 11-13624

MEGABYTE COMPUTERS, INC.,

      Defendants.

_____/

## ORDER OF VOLUNTARY DISMISSAL

On October 4, 2011, Plaintiff filed a notice of voluntary dismissal.  Under Federal

Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice

of dismissal before the opposing party serves either an answer or a motion for summary

judgment."  Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED in accordance

with Federal Rule of Civil Procedure 41(a)(1)(B).

           s/Robert H. Cleland_____
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated:  October 6, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, October 6, 2011, by electronic and/or ordinary mail.

           s/Lisa Wagner_____
          Case Manager and Deputy Clerk
          (313) 234-5522